JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARC WIENER,<br><br>        Plaintiff,<br><br>    vs.<br><br>PRIMERICA LIFE INSURANCE COMPANY,<br><br>        Defendant. | Case No. 8:20-cv-02406-JLS-JDE<br><br><br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, a corporation,<br><br>        Counter-Claimant,<br><br>    vs.<br><br>MARC WIENER, an individual; DONALD JOHN SMOLKA, an individual; JULIANA R. WIENER-NEFF, an individual; and DOES 1 through 5, inclusive,<br><br>        Counter-Defendants. | |

Pursuant to the stipulation of the parties (Doc. 46), the above-entitled action, including the complaint and counterclaim, is hereby dismissed in its entirety, with prejudice. Each party shall bear her or its own attorneys' fees and costs.

1   IT IS SO ORDERED.

DATED: November 22, 2021   _____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE